# EXHIBIT 1

I#: 2023249653 BK: 22579 PG: 225, 09/28/2023 at 12:36 PM, RECORDING 9 PAGES $78.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: clk103535

# Amended Assignment of Land Patent

This instrument was prepared by Southeast Alliance of Foreclosure Specialists, attorney in fact for the U.S. Department of Housing and Urban Development, 3280 Pointe Parkway, Suite 1000, Norcross, GA 30092.

DEED FOR FLORIDA

This Indenture made this 15th day of September, 2003 BETWEEN MEL MARTINEZ, of the Secretary of Housing and Urban Development of Washington, D.C., hereinafter referred to as GRANTOR, and JAMES ENRIGHT, PATRICIA ENRIGHT, and FRANK ENRIGHT as GRANTEE(S), of 3183 JOHNS PARKWAY, CLEARWATER, FL 32759

W I T N E S S E T H, That said Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained, sold, aliened, remised, released, conveyed and confirmed, and by these presents doth grant, bargain, sell, alien, remise, release, convey and confirm unto the said grantee and grantee's heirs and assigns forever the following described land located in the County of PINELLAS, State of Florida, to-wit:

LOT 3, LESS THE SOUTH 10 FEET THEREOF, BLOCK 3, KNOLLWOOD REPLAT SUBDIVISION, ACCORDING TO MAP OR PLAT THEREOF AS RECORDED IN PLAT BOOK 21, PAGE(S) 70, OF THE PUBLIC RECORDS OF PINELLAS COUNTY, FLORIDA

BEING the same property acquired by the grantor pursuant to the provisions of the National Housing Act, as amended (12 USC 1701 et seq.) and the Department of Housing and Urban Development Act (79 Stat. 667).

Together with all and singular the tenements, hereditament and appurtenances thereunto belonging, or in anywise appertaining, and the reversion and reversions, remainder and remainders, rents, issues and profits thereof. And also all the estate, right, title, interest, property, possession, claim and demand whatsoever, as well in law as in equity, of the Grantor, of, in and to the same, and every part and parcel thereof, with the appurtenances.

TO HAVE AND TO HOLD the above granted and described premises with the appurtenances, unto the Grantee (s), and the heirs and assigns of said Grantee (s), to their only proper use, benefit and behoove forever.

SUBJECT TO ALL covenants, restrictions, reservations, easements, conditions and rights appearing of records; and SUBJECT to and state of facts an accurate survey would show.

And the said grantor does hereby specially warrant the title to said land against the lawful claims of all persons claiming by, through or under him/her.

PLEASE FORWARD TAX BILLS TO: Grantee.

FOLIO# 14-29-15-47016-003-0030
CASE #093-466224
RETURN TO:
ISLAND TITLE SERVICES, INC.
~~5100 70TH AVENUE N, SUITE 7~~
~~PINELLAS PARK, FL 33781~~
14902 Winding Creek Ct. #102-C
Tampa, FL 33613

DEED FOR FLORIDA

IN WITNESS WHEREOF the undersigned has set his/her hand and seal as, Acting Chief, Real Estate Owned, Property Disposition Branch, HUD office, for and on behalf of the said Secretary of Housing and Urban Development, under authority and by virtue of 3S F.R. 160106 (10/14/70), as amended.

(Southeast Alliance of Foreclosure Specialist, LLC as Prime Contractor for contract #ROPC21230 For the U.S. Department of Housing and Urban Development:

Laurie Lewis
Michael Hardiman or Ronald Nation or Shelly Carter or Rochelle Collier or Bill Shofner or Roma Mortimer or Kathy Carter or Kim Shannon or Simon Neicheril of Southeast Alliance of Foreclosure Specialists its attorney-in-fact.

WITNESSES:
Signed, sealed and delivered in the presence of:

Carolyn Cook
PRINTED NAME: Carolyn Cook

[signature]
PRINTED NAME: James Sorewell

STATE OF GEORGIA COUNTY OF Before me personally appeared LAURIE LEWIS, who is personally well known to me or who produced his/her Driver's License as identification and who did not take an oath and is known to me to be the duly appointed as ATTORNEY-IN-FACT OF SOUTHEAST ALLIANCE OF FORECLOSURE SPECIALISTS FOR SECRETARY OF HOUSING AND URBAN DEVELOPMENT, and the person who executed the foregoing instrument bearing the ________ date of ________, 2003, by virtue of the above cited authority, and acknowledged before me that he/she executed the same as ACTING CHIEF, REAL ESTATE OWNED BRANCH, for and on behalf of MEL MARTINEZ, Secretary of Housing and Urban Development, for the purposes therein expressed.

Witness my hand and official seal this 14th of October, 2003.

Alicia M Laster
Notary Public in and for the County and State aforesaid.

COMMISSION EXPIRATION: Notary Public, Gwinnett County, Georgia My Commission Expires July 10, 2006

ALICIA M. LAST... NOTARY PUBLIC GWINNETT COUNTY

Accepted By: james matthew enright
James Matthew Enright

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
This 21 day of Sept, 2023
KEN BURKE
Clerk of Circuit Court & Comptroller
By: [signature] Deputy Clerk

Addendum annexed hereto
see next page

**ADDENDUM**

This Addendum arises due to the fact that as late certain information and facts and failure to describe Rights under the Original Land Grant Assignment that were not disclosed, and said chain of Assignments from the Land Patent. The Chain of Assignments lacks, or is devoid of disclosing all Rights under the Land Patent which were not disclosed in this Assignment, or from the Original Patent, from the first assignment and throughout all further assignments. The Agency was not informed by Island Title Services, Inc. or Southeast Alliance of Foreclosure Specialists, LLC, and did not perform a diligent inquiry of the chain of Title prior to issuing the instant Grant.

This Grant, including the Grants up to the Land Patent, never expressed that the Grants were "assignments." We now add the expressed Land Patent Rights as follows:

> "TO HAVE AND THE HOLD same, together will all rights, privileges, immunities, and appurtenances of whatsoever nature, thereunto belonging, unto the said Edward A. Phelps and his heirs and assigns forever." See Exhibit 1.

There are no reservations or exceptions under the (United States) the Land Patents dated May 9, 1885, respectively Numbered 5930, Patented to Edward A. Phelps, his heirs and assigns forever that would allow assessment of taxes, collection of taxes or to regulate, control or otherwise interfere with the all enumerated and unenumerated Rights, privileges, immunities, and appurtenances of whatsoever nature under the Constitution of the State of Florida (1838), Article I, Section 1 and the Constitution of the United States (1789), 10th Article of Amendment, thereunto belonging, unto the Patent holder, his heirs, and assigns forever. There is absolutely no exceptions which would allow the State, the County or any City to file liens against the described Land, or to sell said land as a tax default sale, to land belonging within the Patent Boundaries as none of these aforementioned provisions were reserved during the Patent proceedings. See Summa Corp. v. Cal. State Lands Comm'n, 466 U.S. 198 (1984).

Signed on behalf of, Laurie Lewis, signatory, by his Superior by James Matthew Enright, because my Rank and Status in Society is higher than my ministers in Public Office, pursuant Article I, Section 2 of the Florida Constitution (1838) by:

James Matthew Enright

James Matthew Enright,
One of the People of Florida.

STATE OF FLORIDA

COUNTY OF PINELLAS

The foregoing instrument was acknowledged before me this 27th day of September, 2023, by James Matthew Enright, who is personally known to me and who did affirm the same.

notary public

TINA L. WASHINGTON
MY COMMISSION EXPIRES
AUGUST 17, 2024
#HH 003592
Bonded thru
Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

PINELLAS COUNTY FL OFF. REC. BK 22579 PG 229

EXHIBIT 1

(see next two (2) pages)

226

CERTIFICATE No. 5930

# THE UNITED STATES OF AMERICA,

## *To all to whom these Presents shall come, Greeting:*

**WHEREAS** Edward A. Phelps, of Hillsborough County, Florida

*has deposited in the* **GENERAL LAND OFFICE** *of the United States, a Certificate of the* **REGISTER OF THE LAND OFFICE** *at* Gainesville, Florida *whereby it appears that full payment has been made by the said* Edward A. Phelps *according to the provisions of the Act of Congress of the 24th of April, 1820, entitled "An Act making further provision for the sale of the Public Lands," for* and the acts supplemental thereto, for the north-west quarter of the north-west quarter of section fourteen, in township twenty-nine south, of range fifteen east, of Tallahassee Meridian in Florida, containing forty acres

*according to the official plat of the survey of the said Lands, returned to the General Land Office by the* **SURVEYOR GENERAL,** *which said tract has been purchased by the said* Edward A. Phelps

**NOW KNOW YE,** *That the* **United States of America,** *in consideration of the Premises, and in conformity with the several acts of Congress, in such case made and provided,* **HAVE GIVEN AND GRANTED,** *and by these presents* **DO GIVE AND GRANT,** *unto the said* Edward A. Phelps *and to* his *heirs, the said tract above described:* **TO HAVE AND TO HOLD** *the same, together with all the rights, privileges, immunities, and appurtenances of whatsoever nature, thereunto belonging, unto the said* Edward A. Phelps *and to* his *heirs and assigns forever.*

**In Testimony Whereof, I,** Grover Cleveland **PRESIDENT OF THE UNITED STATES OF AMERICA,** *have caused these Letters to be made* **PATENT,** *and the* **SEAL** *of the* **GENERAL LAND OFFICE** *to be hereunto affixed.*

**GIVEN** *under my hand, at the* **CITY OF WASHINGTON,** *the* ninth *day of* May *in the Year of our Lord one thousand eight hundred and* eighty five *and of the* **INDEPENDENCE OF THE UNITED STATES** *the* ~~Sixty~~ one hundred & ninth

**BY THE PRESIDENT:** Grover Cleveland

By M. McKean, *Sec'y.*

S. W. Clark, **RECORDER** *of the General Land Office.*

PINELLAS COUNTY FL OFF. REC. BK 22579 PG 231

Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041
MAR 0 7 2022
Date
I hereby certify that this reproduction is a true copy of the
official record on file in this office.

Authorized Signature

# DEED RECORD.

[illegible] —TO— [illegible]

PRE-EMPTION PATENT.

Filed for Record [illegible] A. D. 188[illegible] at [illegible] o'clock [illegible] M. [illegible] Register of Deeds.

Certificate No.

## The United States of America:

To all to whom these Presents shall come—Greeting:

WHEREAS [illegible] has deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at [illegible] whereby it appears that full payment has been made by the said [illegible] according to the provisions of the Act of Congress of the 24th of April, 1820, entitled, "An Act making further provision for the Sale of Public Lands," and the acts supplemental thereto, for [illegible] quarter of the north [illegible] quarter of Section [illegible] in township Twenty nine South of Range [illegible] East of Tallahassee Meridian in Florida Containing forty acres

according to the Official Plat of the Survey of the said Lands, returned to the General Land Office by the Surveyor General, which said tract has been purchased by the said [illegible]

Now, Know Ye, That the United States of America in consideration of the premises, and in conformity with the several Acts of Congress, in such case made and provided, have Given and Granted, and by these presents do Give and Grant unto the said [illegible] and to his heirs, the said tract above described.

TO HAVE AND TO HOLD THE SAME, Together with all the rights, privileges, immunities and appurtenances, of whatsoever nature thereunto belonging, unto the said [illegible] and to his heirs and assigns, forever.

IN TESTIMONY WHEREOF, I, Grover Cleveland President of the United States of America, have caused these Letters to be made Patent, and the seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the [illegible] day of [illegible] in the year of our Lord one thousand eight hundred and Eighty [illegible] and of the Independence of the United States the one hundred and Ninth

SEAL.

BY THE PRESIDENT: Grover Cleveland

By [illegible] Sec'y.

[illegible] Recorder of the General Land Office.

Recorded, Vol. 18 Page 228



14th may 24

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS 27 DAY OF September, 20 23

Hillsborough County, State of Florida
Clerk of the Circuit Court and Comptroller
By: [signature]
Print: [illegible] As Deputy Clerk

I#: 2019391034 BK: 20798 PG: 2563, 12/06/2019 at 03:29 PM, RECORDING 2 PAGES $18.50 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLKTD01

Prepared by and return to:

JME Trust
P O Box 5222
Largo, FL 33779

[Space Above This Line For Recording Data]

# Quit Claim Deed

**This Quit Claim Deed** made this 6th day of December, 2019 between **James Enright** whose post office address is **P. O. Box 5222, Largo, FL 33779**, grantor, and **JME Trust** whose post office address is **P. O. Box 5222, Largo, FL 33779**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, does hereby bequeath, bestow, remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Pinellas County, Florida** to-wit:

**Lot 3, Less the South 10 feet thereof, Block 3, KNOLLWOOD REPLAT'S SUBDIVISION, according to the map or plat thereof as recorded in Plat Book 21, Page 70, of the Public Records of Pinellas County, Florida.**

**Parcel Identification Number: 14-29-15-47016-003-0030**

**Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.**

**This deed was prepared without the benefit of any title search or examination of the title and, therefore, the preparer makes no warranty or representations with respect to the status of the title.**

**To Have and to Hold**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Witness Name: Robin Lovetere

Witness Name: Steve Enright

James Enright (Seal)

State of Florida
County of Pinellas

The foregoing instrument was acknowledged before me this 6th day of December, 2019 by James Enright, who [ ] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

Notary Public

Printed Name: ______________________

My Commission Expires: ______________________

ROBIN LOVETERE
MY COMMISSION # GG 150072
EXPIRES: October 10, 2021
Bonded Thru Notary Public Underwriters

14th May 2024

# EXHIBIT 2

I#: 2023261083 BK: 22591 PG: 855, 10/11/2023 at 02:29 PM, RECORDING 9 PAGES $78.00 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK100767

I#: 2020200282 BK: 21066 PG: 1931, 07/06/2020 at 02:27 PM, RECORDING 2 PAGES $18.50 D DOC STAMP COLLECTION $0.70 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK103102

Prepared by and return to:
Boris Erickson
c/o JME Trust
P.O. Box 5222
Largo, FL 33779

[Space Above This Line For Recording Data]

# Amended Quit Claim Deed

**This Quit Claim Deed** made this 15th day of October, 2018 between **Mark A. Enright, a single man** whose post office address is **P.O. Box 62, Largo, FL 33779**, grantor, and **JME Trust** whose post office address is **P.O. Box 5222, Largo, FL 33779**, grantee:

(Whenever used herein the terms "grantor" and "grantee" include all the parties to this instrument and the heirs, legal representatives, and assigns of individuals, and the successors and assigns of corporations, trusts and trustees)

**Witnesseth**, that said grantor, for and in consideration of the sum TEN AND NO/100 DOLLARS ($10.00) and other good and valuable consideration to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, does hereby remise, release, and quitclaim to the said grantee, and grantee's heirs and assigns forever, all the right, title, interest, claim and demand which grantor has in and to the following described land, situate, lying and being in **Citrus County, Florida** to-wit:

> **Lot 20: BELLE MEADE SUBDIVISION according to the map or plat thereof, as the same is recorded in Plat Book 27, Page 55, of the Public Records of Pinellas County, Florida.**
>
> **Parcel Identification Number: 33-29-15-07326-000-0200**
> **aka: 20 Belle Meade Circle, Largo, FL 34640**
>
> Grantor warrants that at the time of this conveyance, the subject property is not the Grantor's homestead within the meaning set forth in the constitution of the state of Florida, nor is it contiguous to or a part of homestead property.
>
> This deed was prepared without the benefit of any title search or examination of the title and, therefore, the preparer makes no warranty or representations with respect to the status of the title.

**To Have and to Hold**, the same together with all and singular the appurtenances thereto belonging or in anywise appertaining, and all the estate, right, title, interest, lien, equity and claim whatsoever of grantors, either in law or equity, for the use, benefit and profit of the said grantee forever.

**In Witness Whereof**, grantor has hereunto set grantor's hand and seal the day and year first above written.

PINELLAS COUNTY FL OFF. REC. BK 21066 PG 1932

Signed, sealed and delivered in our presence:

Witness Name: Dawain Franklin

Mark A. Enright (Seal)

Witness Name: Doris Roger Erikson, c.s.

Accepted By: james-matthew; enright
James Matthew Enright

State of Florida
County of Pinellas

The foregoing instrument was acknowledged before me this 13th day of October, 2018 by Mark A. Enright, who [X] is personally known or [X] has produced a driver's license as identification.

[Notary Seal]

DON DARRALL PHILLIPS
Notary Public - State of Florida
Commission # GG 140626
My Comm. Expires Dec 30, 2021
Bonded through National Notary Assn.

Notary Public

Printed Name: Don Darrall Phillips

My Commission Expires: Dec. 20, 2021

Signed, Sealed and Accepted in our Presence:

Christopher St. Charles

David M Rutherford

STATE OF FLORIDA
COUNTY OF PINELLAS

The foregoing instrument was signed and acknowledged before me this 10th day of October, 2023 by James Mathew Enright, who is personally known to me and who did affirm the same

Notary Public

TINA L. WASHINGTON
MY COMMISSION EXPIRES AUGUST 17, 2024
#HH 003592
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

Addendum annexed hereto

See next page

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
This 10 day of OCTOBER, 2023
KEN BURKE
Clerk of Circuit Court & Comptroller
By. ______
Deputy Clerk

DoubleTime

**ADDENDUM**

This Addendum arises due to the fact that as late certain information and facts and failure to describe Rights under the Original Land Grant Assignment that were not disclosed, and said chain of Assignments from the Land Patent. The Chain of Assignments lacks, or is devoid of disclosing all Rights under the Land Patent which were not disclosed in this Assignment, or from the Original Patent, from the first assignment and throughout all further assignments. JME Trust was not informed by Mark Allen Enright, and Mark Allen Enright did not perform a diligent inquiry of the chain of Title prior to issuing the instant Grant.

This Grant, including the Grants up to the Land Patent, never expressed that the Grants were "assignments." We now add the expressed Land Patent Rights as follows:

> "TO HAVE AND THE HOLD the said tract of Land, with the appurtenances thereof, unto the said Andrew A. Whitehurst and his heirs and assigns forever." See Exhibit 1.

There are no reservations or exceptions under the (United States) Land Patent dated May 14, 1891, numbered 8702, Patented to Andrew A. Whitehurst, his heirs and assigns forever that would allow assessment of taxes, collection of taxes or to regulate, control or otherwise interfere with the all rights, privileges, immunities, and appurtenances of whatsoever nature, thereunto belonging, unto the Patent holder, his heirs, and assigns forever. There are absolutely no exceptions which would allow the State, the County or any City to file liens against the described Land, or to sell said land as a tax default sale to land belonging within the Patent Boundaries, as none of these aforementioned provisions were reserved during the Patent proceedings. See Summa Corp. v. Cal. State Lands Comm'n, 466 U.S. 198 (1984).

Signed on behalf of, Mark Allen Enright, signatory, by James Matthew Enright, beneficiary of the JME TRUST, and his heir and successor, and my Rank and Status in Society is higher than my ministers in Public Office, pursuant Article I, Section 2 of the Florida Constitution (1838) by:

james-matthew: enright

James Matthew Enright,
Beneficiary JME Trust,
One of the People of Florida.

Signed, Sealed and Accepted in our Presence:

Print name: David M Rutherford          Print name: Christopher St. Charles

STATE OF FLORIDA

COUNTY OF PINELLAS

The foregoing instrument was signed and acknowledged before me this 10th day of October, 2023, by James Matthew Enright, who is personally known to me and who did affirm the same.

notary public

TINA L. WASHINGTON
MY COMMISSION EXPIRES AUGUST 17, 2024
#HH 008592
Bonded thru Notary Public Underwriters
NOTARY PUBLIC, STATE OF FLORIDA

**EXHIBIT 1**

**(see next two (2) pages.)**

# The United States of America,

TO ALL TO WHOM THESE PRESENTS SHALL COME, GREETING:

Homestead Certificate No. 8702
Application 16776

Whereas there has been deposited in the GENERAL LAND OFFICE of the United States a CERTIFICATE of the Register of the Land Office at Gainesville, Florida, whereby it appears that, pursuant to the Act of Congress approved 20th May, 1862, "To secure Homesteads to actual settlers on the public domain," and the acts supplemental thereto, the claim of Andrew A. Whitehurst has been established and duly consummated in conformity to law for the North West quarter of the South East quarter and the West half of the North East quarter of Section thirty-three in Township twenty-nine South of Range fifteen East of Tallahassee Meridian in Florida containing one hundred and nineteen acres and ninety-six hundredths of an acre

according to the Official Plat of the Survey of the said Land returned to the GENERAL LAND OFFICE by the SURVEYOR GENERAL.

Now know ye, That there is therefore granted by the UNITED STATES unto the said Andrew A. Whitehurst the tract of Land above described; TO HAVE AND TO HOLD the said tract of Land, with the appurtenances thereof, unto the said Andrew A. Whitehurst and to his heirs and assigns forever.

In testimony whereof I, Benjamin Harrison President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the fourth day of May, in the year of Our Lord one thousand eight hundred and ninety-one, and of the Independence of the United States the one hundred and fifteenth

[L.S.]

By the President: Benjamin Harrison

By Ellen Macfarland Asst. Sec'y.

J.M. Townsend, Recorder of the General Land Office.

Bureau of Land Management
Eastern States
5275 Leesburg Pike
Falls Church, VA 22041

APR 2 0 2022
Date

I hereby certify that this reproduction is a true copy of the
official record on file in this office.

Authorized Signature

# DEED RECORD.

The United States of America
—TO—
Andrew A. Whitehurst

HOMESTEAD PATENT.

Filed for Record 11 December A.D. 189[illegible] [illegible]
W. A. Gunn [illegible] Clk
By D. M. Gunn [illegible]

Homestead Certificate No. 5702 Application 16776.

## The United States of America.

To all to whom these Presents shall come—Greeting:

**Whereas,** There has been deposited in the General Land Office of the United States a Certificate of the Register of the Land Office at Gainesville Florida whereby it appears that pursuant to the Act of Congress, approved 20th May, 1862, "To Secure Homesteads to Actual Settlers on the Public Domain," and the acts supplemental thereto, the claim of Andrew A. Whitehurst has been established and duly consummated in conformity to law, for the [illegible] North East quarter [illegible] of the North East quarter of Section [illegible] in Township twenty nine South of Range [illegible] East [illegible] Florida [illegible] containing [illegible] and [illegible] acres and ninety six hundredths of an acre

according to the Official Plat of the Survey of the said Land, returned to the General Land Office by the Surveyor General.

**Now, Know Ye,** That there is therefore granted by the United States unto the said Andrew A. Whitehurst the tract of Land above described; To have and to hold the said tract of Land, with the appurtenances thereof, unto the said Andrew A. Whitehurst and to his heirs and assigns, forever.

IN TESTIMONY WHEREOF, I, Benjamin Harrison President of the United States of America, have caused these letters to be made Patent, and the Seal of the General Land Office to be hereunto affixed.

Given under my hand, at the City of Washington, the [illegible] day of May in the year of our Lord one thousand eight hundred and ninety one and of the Independence of the United States the one hundred and fifteenth

SEAL.

BY THE PRESIDENT: (sgd) Benjamin Harrison
By (sgd) Ellen Macfarland Asst Sec.
[illegible]

STATE OF FLORIDA-PINELLAS COUNTY
I hereby certify that the foregoing is a true copy as recorded in the official records of Pinellas County.
This 24 day of April, 2024
KEN BURKE
Clerk of Circuit Court & Comptroller
By: Deputy Clerk

THIS IS TO CERTIFY THAT THE FOREGOING IS A TRUE AND CORRECT COPY OF THE DOCUMENT ON FILE IN MY OFFICE. WITNESS MY HAND AND OFFICIAL SEAL THIS 9 DAY OF October, 2023
Hillsborough County, State of Florida
Clerk of the Circuit Court and Comptroller
By:
Print: As Deputy Clerk

# EXHIBIT 3

I#:2023170020 BK:22489 PG:1661 06/29/2023 at 11:24:05 AM, RECORDING 1
KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: CLK100797

# NOTICE OF APPLICATION FOR TAX DEED

NOTICE IS HEREBY GIVEN that MERCURY FUNDING LLC, the holder of the following certificate has filed for a tax deed to be issued thereon. The certificate number, year of issuance, property description, and the names in which the property was assessed are as follows:

**Certificate number 01583 Year of issuance 2021**

Said certificate embraces the following described property in the County of Pinellas, State of Florida:

**PROPERTY ADDRESS:** 1423 PARK ST # A CLEARWATER FL

**LEGAL DESCRIPTION:** KNOLLWOOD REPLAT BLK 3, LOT 3 LESS S 10FT

**PARCEL NUMBER:** 14-29-15-47016-003-0030

**NAME IN WHICH ASSESSED:**
JME TRUST

There are unpaid taxes on this property which you own or in which you have a legal interest

**THIS PROPERTY WILL BE SOLD AT PUBLIC AUCTION UNLESS THE BACK TAXES ARE PAID**

**ALL PAYMENTS SHALL BE MADE TO THE TAX COLLECTOR OF PINELLAS COUNTY. PAYMENT MUST BE IN THE FORM OF CASH. CASHIER'S CHECK OR MONEY ORDER AND MADE PAYABLE TO THE PINELLAS COUNTY TAX COLLECTOR. FOR QUESTIONS CONCERNING TAXES, YOU MAY CALL THE TAX COLLECTOR AT (727) 464-3409.**

Unless such certificate is redeemed according to law, the property described in such certificate will be sold to the highest bidder at www.pinellas.realtaxdeed.com on **18th day of October, 2023 at 11:00 A.M.**

To receive further information about the scheduled auction, please contact

Tax Deed/Official Records
KEN BURKE
Clerk of the Circuit Court
315 Court Street
Clearwater, FL 33756
727-464-3424 and/or
taxdeed@pinellascounty.org

IN WITNESS WHEREOF, I hereunto set my hand and official seal, this 22nd day of June, 2023

CLERK OF THE CIRCUIT COURT & COMPTROLLER * GREAT SEAL OF THE STATE OF FLORIDA * IN GOD WE TRUST * PINELLAS COUNTY, FLORIDA

Shannon St Jean, Deputy Clerk
KEN BURKE, Clerk of the Circuit Court and Comptroller

# EXHIBIT 4

I#: 2023197201 BK: 22519 PG: 1687, 07/31/2023 at 10:47 AM, RECORDING 1
KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: clk105485

# NOTICE OF APPLICATION FOR TAX DEED

NOTICE IS HEREBY GIVEN that FNA DZ, LLC, the holder of the following certificate has filed for a tax deed to be issued thereon. The certificate number, year of issuance, property description, and the names in which the property was assessed are as follows:

**Certificate number 02154 Year of issuance 2021**

Said certificate embraces the following described property in the County of Pinellas, State of Florida:

**PROPERTY ADDRESS:** 20 BELLE MEADE CIR LARGO FL

**LEGAL DESCRIPTION:** BELLE MEADE LOT 20

**PARCEL NUMBER:** 33-29-15-07326-000-0200

**NAME IN WHICH ASSESSED:**
JME TRUST

There are unpaid taxes on this property which you own or in which you have a legal interest

**THIS PROPERTY WILL BE SOLD AT PUBLIC AUCTION UNLESS THE BACK TAXES ARE PAID**

**ALL PAYMENTS SHALL BE MADE TO THE TAX COLLECTOR OF PINELLAS COUNTY. PAYMENT MUST BE IN THE FORM OF CASH. CASHIER'S CHECK OR MONEY ORDER AND MADE PAYABLE TO THE PINELLAS COUNTY TAX COLLECTOR. FOR QUESTIONS CONCERNING TAXES, YOU MAY CALL THE TAX COLLECTOR AT (727) 464-3409.**

Unless such certificate is redeemed according to law, the property described in such certificate will be sold to the highest bidder at www.pinellas.realtaxdeed.com on **15th day of November, 2023 at 11:00 A.M.**

To receive further information about the scheduled auction, please contact

Tax Deed/Official Records
KEN BURKE
Clerk of the Circuit Court
315 Court Street
Clearwater, FL 33756
727-464-3424 and/or
taxdeed@pinellascounty.org

IN WITNESS WHEREOF, I hereunto set my hand and official seal, this 26th day of July, 2023

CLERK OF THE CIRCUIT COURT & COMPTROLLER • GREAT SEAL OF THE STATE OF FLORIDA • IN GOD WE TRUST • PINELLAS COUNTY, FLORIDA

Shannon St Jean, Deputy Clerk
KEN BURKE,Clerk of the Circuit Court and Comptroller

# EXHIBIT 5

I#: 2021415240 BK: 21863 PG: 474, 12/23/2021 at 09:57 AM, RECORDING 4 PAGES $35.50 KEN BURKE, CLERK OF COURT AND COMPTROLLER PINELLAS COUNTY, FL BY DEPUTY CLERK: clk103817

**MUNICIPAL CODE ENFORCEMENT BOARD**
**NOTICE OF LIEN IMPOSED**
**CERTIFICATE OF SECRETARY**

I, Nicole Sprague, Secretary to the Municipal Code Enforcement Board of the City of Clearwater, Florida, do hereby certify that the attached Affidavit of Non-Compliance and Order of the Board, dated **December 15, 2021**, imposing the fine in the case of City of Clearwater, Florida vs. **JME Trust**, Case **115-21** of the Municipal Code Enforcement Board, are true and correct photocopies of the originals in said file and, once recorded in the Official Records of Pinellas County, shall constitute a lien against **1423 Park St. #A, Clearwater, Florida, aka 14-29-15-47016-003-0030** or any other real or personal property owned by **JME Trust** in Pinellas County, Florida, accruing at the rate of **$150.00** per day commencing **October 23, 2021**.

Witness my hand this 21st day of December 2021.

Nicole Sprague
Nicole Sprague, Secretary to the Board
Municipal Code Enforcement Board

The foregoing instrument was sworn to (or affirmed), subscribed, and acknowledged before me **by means of ☑ physical presence or ☐ online notarization** this 21st day of December 2021 by Nicole Sprague who is personally known to me.

KB Vaughan
Notary Public

**RETURN TO:**
**CITY OF CLEARWATER**
**OFFICIAL RECORDS & LEGISLATIVE SERVICES**
**P. O. BOX 4748**
**CLEARWATER, FL 33758-4748**

KAREN B. VAUGHAN
Commission # HH 167367
Expires December 20, 2025
Bonded Thru Troy Fain Insurance 800-385-7019

https://myclearwater.sharepoint.com/sites/OfficialRecordsLegislativeServices/Shared Documents/MCEB/2021/2021 COS/115-21, 1423 Park St.Imposed.docx

# ORDER

**MUNICIPAL CODE ENFORCEMENT BOARD OF THE CITY OF CLEARWATER, FLORIDA**
**Case 115-21**

| | |
|---|---|
| **CITY OF CLEARWATER,** | ) |
| **Petitioner,** | ) |
| **vs.** | ) **Violation address:** |
| **JME Trust** | ) **1423 Park St. # A, Clearwater** |
| **PO Box 5222** | ) **aka 14-29-15-47016-003-0030** |
| **Largo, FL 33779-5222** | ) |
| | ) |
| **Respondent(s)** | |

The Municipal Code Enforcement Board received the **Affidavit of Non-Compliance** of Code Inspector Daniel Kasman in the above-referenced case at the Board meeting held Wednesday, December 15, 2021, and based on the evidence, the Municipal Code Enforcement Board enters the following Findings of Fact, Conclusions of Law, and Order.

## FINDINGS OF FACT

Based on the Affidavit of Non-Compliance, it is evident the Property is in violation of the City of Clearwater Code. The Respondent(s) was/were not present and had no representation.

## CONCLUSIONS OF LAW

The Respondent(s) is/are in violation of Section(s) **3-2302** of the City of Clearwater Code, in that the Respondent(s) failed to remedy the cited violation for Residential Rental Business Tax Receipt and has/have not complied with the Order of this Board dated September 22, 2021.

## ORDER

In accordance with the Board's Order dated September 22, 2021, it is the Order of this Board that the Respondent(s) pay a fine of $150.00 per day for each and every day the violation continues past October 22, 2021, which was the date set for compliance.

A certified copy of this Order shall be recorded in the public records of Pinellas County, and once recorded, shall constitute a lien against any real or personal property owned by the violator(s) pursuant to Chapter 162 of the Florida Statutes.

A fine imposed pursuant to Chapter 162 of the Florida Statutes continues to accrue until the violator(s) comes/come into compliance or until judgment is rendered in a suit to foreclose on a lien filed pursuant to Chapter 162, whichever occurs first.

**After three (3) months from the recordation date of such lien, if the fines and fees remain unpaid, the City Attorney's office is authorized to foreclose, collect or settle such lien using any legal or equitable remedies available under the law.**

The Respondent(s) may request a rehearing of the decision of the Board, in writing, and delivered to the City Clerk within 10 days of the postmark of the written order. A request for rehearing shall be based only on the ground that the decision was contrary to the evidence or that the hearing involved an error on a ruling of law which was fundamental to the board's decision. The written request for rehearing shall specify the precise reasons therefor. Upon receipt of a request for rehearing, the Board shall determine whether or not to rehear the matter; the Board will not hear oral argument or evidence when making this decision.

Any aggrieved party may appeal a final Order of the Municipal Code Enforcement Board by commencing appropriate proceedings in the Circuit Court of Pinellas County within 30 days of the Order. Such an appeal shall not be a hearing de novo, but shall be limited to appellate review of the record created before the Municipal Code Enforcement Board. Florida Statute 286.0105 requires any party appealing a decision of this Board to have a record of the Board's proceedings.

**DONE AND ORDERED** this 15th day of December 2021, at Clearwater, Pinellas County, Florida.

Attest:

**MUNICIPAL CODE ENFORCEMENT BOARD**
**CITY OF CLEARWATER, FLORIDA**

CITY OF CLEARWATER, FLORIDA ESTABLISHED 1915

Nicole Sprague
Secretary to the Board

N. Bray
Nicole Bray, Chair
Date signed: 12·21·21

Sent by certified mail, with return receipt requested, to the Respondent(s) this 21st day of December 2021.

Nicole Sprague
Secretary to the Board

**PLEASE RETURN TO:**
**CITY OF CLEARWATER**
**OFFICIAL RECORDS & LEGISLATIVE SERVICES**
**P.O. BOX 4748**
**CLEARWATER, FL 33758-4748**

MUNICIPAL CODE ENFORCEMENT BOARD OF THE CITY OF CLEARWATER, FLORIDA

## AFFIDAVIT OF NON - COMPLIANCE

City of Clearwater, Florida

Petitioner

vs.

JME TRUST
PO BOX 5222
LARGO, FL 33779-5222

Respondent

Re: 1423 PARK ST

MCEB Case Number: 115-21

City Case Number: BIZ2021-00246

RECEIVED

OCT 26 2021

OFFICIAL RECORDS AND LEGISLATIVE SRVCS DEPT.

I, Daniel Kasman, have personally examined the property described in the Municipal Code Enforcement Board Order dated September 22, 2021 in the above mentioned case, and find that as of October 25, 2021 said property is NOT in compliance with

3-2302. - **RESIDENTIAL RENTAL BUSINESS TAX RECEIPT** A business tax receipt shall be required for all rentals as set forth in Section 3-2301. Business tax procedures and requirements shall be as set forth in Code of Ordinances Chapter 29. The fee charged for such business tax shall be as set forth in Code of Ordinances Appendix A, Division XVIII. Property described in this notice is being rented without a business tax receipt.

This shall result in a fine to run daily until the violator notifies the Code Compliance Division. After notification from the violator, the inspector will complete an inspection to determine compliance and the fine shall cease upon the date of the inspection in which compliance is achieved.

Daniel Kasman

STATE OF FLORIDA
COUNTY OF PINELLAS

SWORN AND SUBSCRIBED before me by means of X physical presence or _____ online notarization on this 25th day of October, 2021, by Daniel Kasman.

☒ PERSONALLY KNOWN TO ME

☐ PRODUCED AS IDENTIFICATION ____________________

Type of Identification

(Notary Signature)

ROBERT LEE CASWELL
Notary Public - State of Florida
Commission # HH 115570
My Comm. Expires Apr 8, 2025
Bonded through National Notary Assn.

____________________

Name of Notary (typed, printed, stamped)

# EXHIBIT 6



CITY OF LARGO

NOTICE OF VIOLATION

**DATE ISSUED:** February 13, 2024 **CASE NUMBER:** CE2024-00194

**CODE ENFORCEMENT OFFICER:** Antonio Costeira

A Code Enforcement Officer performed a field inspection on February 13, 2024 at the property located at the following address: 20 BELLE MEADE CIR LARGO, FL 33770 (Parcel ID# 33-29-15-07326-000-0200). At that time the Code Enforcement Officer identified the following violation(s) of City of Largo Codes:

CDC 6.2 CLASSIFICATION OF NON-ALLOWABLE USES Uses classified as "Non-Allowed" in Tables 6-1 and 6-2 are considered incompatible with the existing land use and are not permitted.

DESCRIPTION OF VIOLATION: There is a RV (recreational vehicle) parked at the front of the property that is being used as a living space. The RV has made plumbing and electrical connections that come from the existing home on the property. A structure with steps has been added in order to allow access to the RV. The use of a RV for living space is not allowed.

REMEDY: The use of the RV as a living space must discontinue. The plumbing and electrical connections coming from the existing home on the property must be removed along with the steps that were built to allow access to the RV. The RV may only be stored on the property.

COO 11-78(C): PARKING OR STORAGE OF CERTAIN TYPES OF VEHICLES PROHIBITED IN RESIDENTIAL AREAS (c) Prohibited vehicles and equipment. It shall be unlawful to park or store or cause to be parked or stored or allow to be parked or stored upon any residentially zoned or designated property any commercial vehicle, heavy vehicle or commercial construction, landscaping and land clearing equipment.
(d) Exceptions.
(1) The foregoing parking restrictions shall not apply to:
a. Noncommercial and fully operative passenger vehicles, passenger vans and passenger pickup trucks;
b. Emergency vehicles (licensed and defined by state law);
c. Public or quasi-public utility vehicles less than 20 feet in overall length (as measured in a straight line between extremities);
d. Official vehicles of governmental agencies.;
e. One recreational vehicle when parked or stored within the front portion of a residence, between the front of the structure and the right-of-way. Recreational vehicles may also be stored in the side or rear yard of a residential property but no more than a total of three (3) recreational vehicles may be stored on any residential property. Recreational vehicles parked in the front portion of a residence, between the front of the structure and the right-of-way, shall not exceed 26 feet in overall length and shall be parked on an improved surface such as shell, gravel, pavers, concrete, or asphalt. Boats stored on a boat trailer shall count as one recreational vehicle and the trailer tongue will not count towards total vehicle length;
f. One exempt commercial vehicle when parked or stored within the front portion of the residence, between the front of the structure and the right-of-way. One additional exempt commercial vehicle may be stored in the side or rear yard of the residential property;
g. Any vehicle when the City Commission issues a local declaration of a state of emergency.

DESCRIPTION OF VIOLATION: There is a RV (recreational vehicle) parked on the property on an unimproved surface.

REMEDY: All recreational vehicles on the property must be parked on an improved surface. A permit detailing the full scope of work will be required in order to improve the parking surface. The recreational vehicle may

# CITY OF LARGO

## NOTICE OF VIOLATION

**DATE ISSUED:** February 13, 2024          **CASE NUMBER:  CE2024-00194**

**CODE ENFORCEMENT OFFICER:** Antonio Costeira

A Code Enforcement Officer performed a field inspection on February 13, 2024 at the property located at the following address:  20 BELLE MEADE CIR LARGO, FL 33770 (Parcel ID# 33-29-15-07326-000-0200).  At that time the Code Enforcement Officer identified the following violation(s) of City of Largo Codes:

CDC 6.2 CLASSIFICATION OF NON-ALLOWABLE USES     Uses classified as "Non-Allowed" in Tables 6-1 and 6-2 are considered incompatible with the existing land use and are not permitted.

DESCRIPTION OF VIOLATION: There is a RV (recreational vehicle) parked at the front of the property that is being used as a living space.  The RV has made plumbing and electrical connections that come from the existing home on the property. A structure with steps has been added in order to allow access to the RV. The use of a RV for living space is not allowed.

REMEDY: The use of the RV as a living space must discontinue. The plumbing and electrical connections coming from the existing home on the property must be removed along with the steps that were built to allow access to the RV. The RV may only be stored on the property.

COO 11-78(C): PARKING OR STORAGE OF CERTAIN TYPES OF VEHICLES PROHIBITED IN RESIDENTIAL AREAS     (c) Prohibited vehicles and equipment. It shall be unlawful to park or store or cause to be parked or stored or allow to be parked or stored upon any residentially zoned or designated property any commercial vehicle, heavy vehicle or commercial construction, landscaping and land clearing equipment.
(d) Exceptions.
(1) The foregoing parking restrictions shall not apply to:
a. Noncommercial and fully operative passenger vehicles, passenger vans and passenger pickup trucks;
b. Emergency vehicles (licensed and defined by state law);
c. Public or quasi-public utility vehicles less than 20 feet in overall length (as measured in a straight line between extremities);
d. Official vehicles of governmental agencies.;
e. One recreational vehicle when parked or stored within the front portion of a residence, between the front of the structure and the right-of-way. Recreational vehicles may also be stored in the side or rear yard of a residential property but no more than a total of three (3) recreational vehicles may be stored on any residential property. Recreational vehicles parked in the front portion of a residence, between the front of the structure and the right-of-way, shall not exceed 26 feet in overall length and shall be parked on an improved surface such as shell, gravel, pavers, concrete, or asphalt. Boats stored on a boat trailer shall count as one recreational vehicle and the trailer tongue will not count towards total vehicle length;
f. One exempt commercial vehicle when parked or stored within the front portion of the residence, between the front of the structure and the right-of-way. One additional exempt commercial vehicle may be stored in the side or rear yard of the residential property;
g. Any vehicle when the City Commission issues a local declaration of a state of emergency.

DESCRIPTION OF VIOLATION: There is a RV (recreational vehicle) parked on the property on an unimproved surface.

REMEDY: All recreational vehicles on the property must be parked on an improved surface. A permit detailing the full scope of work will be required in order to improve the parking surface. The recreational vehicle may

also be stored in a fully enclosed structure or removed from the property.

CDC 16.2.4 DETACHED STORAGE BUILDINGS - STANDARDS A. Detached storage buildings, gazebos and pergolas less than or equal to one hundred and fifty (150) square feet
(1) Placement - Detached accessory use structures must be placed in the side or rear yards and cannot be placed in the front yard, buffer area, or within recorded easements.
(2) Maximum floor area - One hundred fifty (150) square feet.
(3) Maximum height - Ten (10) feet.
(4)Maximum quantity -
a. Properties less than two (2) acres are limited to one (1) per dwelling unit or property.
b. Properties two (2) acres or more may have two (2) detached accessory structures up to 150 square feet each.
(5) Minimum separation from the principal structure - As required in the Florida Building Code 6th Edition (2017).
(6) Setback - Three (3) feet from side and rear property lines.

DESCRIPTION OF VIOLATION: Five (five) sheds have been placed on this this property without a proper permit. The placement of the sheds does not meet the setback requirements.

REMEDY: All sheds on the property must be properly permitted and must meet setback requirements. The sheds may also be removed from the property.

CDC 16.2.2 DETACHED STORAGE BUILDINGS - REQUIRED PERMITS Requires a Building Permit and an inspection. In addition, non-residential and multi-family developments also require small scale approval prior to issuance of Building Permits.

DESCRIPTION OF VIOLATION: Five (5) sheds have been placed on this property without the issuance of a proper permit.

REMEDY: All sheds on the property must be properly permitted or removed from the property.

COO 11-75 INOPERATIVE VEHICLES (a) No person shall knowingly leave any partially dismantled, wrecked, discarded, junked, or unlicensed vehicle on any street or highway within the city.

(b) It shall be unlawful for any person to store or keep any inoperable vehicles on any property within the city.

(c)Exceptions.
(1) One inoperative vehicle or a vehicle registered as a collector's item by the state division of motor vehicles and provided that such vehicles are maintained in such a manner that they do not constitute a health, safety, or fire hazard and are contained in a fully enclosed structure.
(2) Vehicles stored or kept on the property of a business enterprise operated in a lawful place and manner when necessary to the operation of such business enterprise, provided that any dismantled, discarded, wrecked, demolished, or partially demolished vehicles are stored in a fully enclosed structure or in an approved junkyard as provided in the comprehensive development code.

DESCRIPTION OF VIOLATION: There is an inoperable vehicle that is partially covered with a tarp parked on the property.

REMEDY: All vehicles on the property must be properly tagged (valid license plate) and in working order. Inoperable vehicles may be stored in a fully enclosed structure so as not to be seen from the roadway or the vehicle may be removed from the property.

COO SEC. 11-47 DUTY OF OWNERS AND OCCUPANTS     (a) No person who shall own, occupy or act as agent for the owner of any private property shall fail to remove or cause to be removed weeds, overgrowth, vegetation, debris and other materials or matter which constitute a hazard to health, safety or proper fire control from any such property.

(b) All tenants or occupants of any private real property abutting on any street in the city, or if no tenant or occupant, then the owner thereof shall be required to keep that part of the street between such property lines and the curb lines or drivable area of the street of which such property abuts in a clean and sanitary condition at all times by keeping the same free from excessive weed growth and trash of all kinds and by keeping the grass mowed.

Debris means material which is stored externally and is not otherwise covered and shall include, but not be limited to, the following: household items, inoperative machinery, automobiles or appliances, refuse, garbage, rubbish, trash or junk, used scrap or lumber, pipe, steel, aluminum or other nonferrous metals, plumbing fixtures, insulation, and other building material, construction equipment, tanks, totes, cans, barrels, boxes, drums, piping, glass, old iron, plastic, cleared trees, removed tree stumps, inoperative boats or other inoperative recreational equipment.

DESCRIPTION OF VIOLATION: There are items at the exterior of the property that are not allowed to be stored outside (inoperative machinery, appliances, trash or junk, used scrap or lumber, pipe, steel, aluminum or other nonferrous metals, plumbing fixtures, building material, tools, tanks, totes, cans, boxes, plastic).

REMEDY: All items that are not allowed to be stored at the exterior of the home must be stored in an enclosed structure or removed from the property.

This property will be re-inspected on March 1, 2024 to check for compliance with the above violation(s). Failure to correct the violation(s) may result in a fine or legal action by the City of Largo to abate the violation (s).  The costs of any such action will be the responsibility of the person or entity cited for the violation(s). Failure to pay fines or costs assessed by the City of Largo for violation of City codes may result in the recording of a lien or liens against the above referenced property in accordance with Chapter 9 of the City of Largo Code of Ordinances and/or Chapter 162, Florida Statutes.

You may contact Code Enforcement Officer Antonio Costeira at 201 Highland Avenue, Largo, Florida 33770; Telephone:727-439-8490; Email: acosteira@largo.com  if you have questions about these violation(s).

# EXHIBIT 7

Case: 24004555MO; PID: 312335543

# COUNTY COURT, PINELLAS COUNTY, FLORIDA
## NOTICE TO APPEAR/ORDINANCE VIOLATION

| OBTS Number | Person ID | Court Case Number |
|---|---|---|
| | | |

| Agency: | Report Number: |
|---|---|
| LARGO CODE ENFORCEMENT | 2024-00194 OFFICER |

THE UNDERSIGNED SWEARS THAT HE/SHE HAS REASONABLE GROUNDS TO BELIEVE THAT THE BELOW NAMED DEFENDANT, AT THE TIME AND PLACE LISTED.

| Day of Week | Month | Day | Year | Time |
|---|---|---|---|---|
| TUESDAY | 02 | 13 | 2024 | 14:29 |

Name First Middle Last
JME TRUST

Street
P.O. BOX 5222

| City | State | Zip Code | Race | Sex |
|---|---|---|---|---|
| LARGO | FL | 33779 | | |

| Telephone | Place of Birth | Citizenship | Soc Sec Number |
|---|---|---|---|
| | | | |

| Drivers License Number | State | Employment |
|---|---|---|
| | | |

| Date of Birth | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|
| | | | | |

LOCATION OF OFFENSE
20 BELLE MEADE CIR, LARGO, FL 33770

IN PINELLAS COUNTY FLORIDA, DID COMMIT THE FOLLOWING OFFENSE: 1 OF 4 CHARGES

Land use - not allowable

TO-WIT:
A recreational vehicle is parked at the front of the property and is being used for dwelling purposes. There is an illegal plumbing connection observed attached to the recreational vehicle and into the ground by by means of a large pipe. An electrical plug is seen connected to the rv, a window air conditioning unit has been installed, steps and landing observed going to the door. All appearing to be used for dwelling purposes. This a residential property and not a designated rv park.

CONTRARY TO ☐ FLORIDA STATE STATUTE ☒ ORDINANCE

| CITY/COUNTY OF: | SECTION | SUB-SECTION |
|---|---|---|
| LARGO | CDC CH 6 | 2 |

☐ THIS IS A MISDEMEANOR VIOLATION OF FLORIDA STATE STATUTES REQUIRING AN APPEARANCE IN COURT.

☐ THIS IS A CRIMINAL ORDINANCE VIOLATION REQUIRING AN APPEARANCE IN COURT, THE PAYMENT OF THE LISTED FINE, OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

☒ THIS IS AN ORDINANCE VIOLATION REQUIRING PAYMENT OF THE LISTED FINE OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

COURT INFORMATION

| DATE | TIME | COURTROOM | FINE |
|---|---|---|---|
| 05/02/2024 | 13:30 | 16 | $118 |

PINELLAS COUNTY JUSTICE CENTER
14250 49TH STREET N
CLEARWATER, FLORIDA 33762

I agree to (1) appear at the time and place designated above to answer to the offense charged; (2) enter a written plea of not guilty to the offense charged in person or by mail; or (3) pay the fine listed. I understand that should I willfully fail to appear, fail to enter a written plea of not guilty, or fail to pay the required fine within thirty (30) calendar days, a capias may be issued for my arrest.

I certify by my signature the above listed address is correct.

MAILED CERTIFIED

Defendant's Signature

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read this document and its attachments and that the facts in it are true and correct to the best of my knowledge and belief.

CITY ATTY: Noah Daiker

Chief Code Officer [signature] 392790

Rank/Signature of Officer Badge Number Person ID

**WAIVER INFORMATION-ORDINANCE VIOLATIONS**

IN THE FACE OF THIS NOTICE INDICATES THAT YOU HAVE THE OPTION OF PAYING A FINE OR APPEARING IN COURT, AND YOU CHOOSE TO PAY THE FINE, YOU MAY WITHIN **THIRTY (30) CALENDAR** DAYS OF THE DATE OF THE OFFENSE(S) PRESENT THIS NOTICE IN PERSON OR SEND A CHECK OR MONEY ORDER MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT TO:

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER County Criminal Court Records**
**14250 49th Street North**
**Clearwater, Florida 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR, IN PERSON AT THE ABOVE LOCATION.

IF YOU DO NOT PAY THE FINE WITHIN **THIRTY (30) CALENDAR** DAYS, OR ENTER A WRITTEN PLEA OF NOT GUILTY IN PERSON OR BY MAIL, YOU MUST APPEAR IN COURT ON THE DATE INDICATED ON THE FACE SIDE OF THIS NOTICE. **IF YOU FAIL TO APPEAR, A CAPIAS WILL BE ISSUED FOR YOUR ARREST.**

**THE WAIVER BELOW MUST BE COMPLETED AND ATTACHED READ CAREFULLY:**

I HEREBY ENTER MY PLEA OF GUILTY ☐ OR NOLO CONTENDERE ☐ AND WAIVE MY RIGHT TO APPEAL OR OBTAIN JUDICIAL REVIEW.

I UNDERSTAND THE NATURE OF THE CHARGE AGAINST ME. I UNDERSTAND MY RIGHT TO HAVE COUNSEL AND WAIVE THIS RIGHT AND THE RIGHT TO A CONTINUANCE. I WAIVE MY RIGHT TO TRIAL BEFORE A JUDGE. I AM FULLY AWARE THAT MY SIGNATURE TO THIS PLEA WILL HAVE THE SAME EFFECT AS A JUDGEMENT OF THIS COURT.

TOTAL FINE AND COST: __________

DEFENDANT'S SIGNATURE: ______________________________
ADDRESS: ______________________________________
______________________________________________
______________________________________________

**NON-CRIMINAL VIOLATION**

IF YOU WISH TO ENTER A NOT GUILTY PLEA AND REQUEST A HEARING, PLEASE REPORT TO THE BELOW LISTED ADDRESS OF THE CLERK OF THE COURT WITHIN **THIRTY (30) CALENDAR DAYS. CHECKS OR MONEY ORDERS SHOULD BE MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT.**

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER**
**COUNTY CRIMINAL COURT RECORDS – SECOND FLOOR**
**14250 49TH STREET NORTH**
**CLEARWATER, FLORIDA 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR AT THE ABOVE LOCATION.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Revised 10/2014

# EXHIBIT 8

**COUNTY COURT, PINELLAS COUNTY, FLORIDA**
**NOTICE TO APPEAR/ORDINANCE VIOLATION**

| OBTS Number | Person ID | Court Case Number |
|---|---|---|
| | | |

| Agency: | Report Number: | |
|---|---|---|
| LARGO CODE ENFORCEMENT | 2024-00194 | OFFICER |

THE UNDERSIGNED SWEARS THAT HE/SHE HAS REASONABLE GROUNDS TO BELIEVE THAT THE BELOW NAMED DEFENDANT, AT THE TIME AND PLACE LISTED.

| Day of Week | Month | Day | Year | Time |
|---|---|---|---|---|
| TUESDAY | 02 | 13 | 2024 | 14:29 |

Name First Middle Last
JME TRUST

Street
P.O. BOX 5222

| City | State | Zip Code | Race | Sex |
|---|---|---|---|---|
| LARGO | FL | 33779 | | |

| Telephone | Place of Birth | Citizenship | Soc Sec Number |
|---|---|---|---|
| | | | |

| Drivers License Number | State | Employment |
|---|---|---|
| | | |

| Date of Birth | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|
| | | | | |

LOCATION OF OFFENSE
20 BELLE MEADE CIR, LARGO, FL 33770

IN PINELLAS COUNTY FLORIDA, DID COMMIT THE FOLLOWING OFFENSE: 2 OF 4 CHARGES
Parking or storage of certain types of vehicles prohibited

TO-WIT:
A recreational vehicle is parked at the front of the property and is not parked on an improved surface such as shell, gravel, pavers, concrete or asphalt as required by ordinance.

CONTRARY TO ☐ FLORIDA STATE STATUTE ☒ ORDINANCE

| CITY/COUNTY OF: | SECTION | SUB-SECTION |
|---|---|---|
| LARGO | COO CH 11 | 78(C) |

☐ THIS IS A MISDEMEANOR VIOLATION OF FLORIDA STATE STATUTES REQUIRING AN APPEARANCE IN COURT.

☐ THIS IS A CRIMINAL ORDINANCE VIOLATION REQUIRING AN APPEARANCE IN COURT, THE PAYMENT OF THE LISTED FINE, OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

☒ THIS IS AN ORDINANCE VIOLATION REQUIRING PAYMENT OF THE LISTED FINE OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

COURT INFORMATION

| DATE | TIME | COURTROOM | FINE |
|---|---|---|---|
| 05/02/2024 | 13:30 | 16 | $143 |

PINELLAS COUNTY JUSTICE CENTER
14250 49TH STREET N
CLEARWATER, FLORIDA 33762

I agree to (1) appear at the time and place designated above to answer to the offense charged; (2) enter a written plea of not guilty to the offense charged in person or by mail; or (3) pay the fine listed. I understand that should I willfully fail to appear, fail to enter a written plea of not guilty, or fail to pay the required fine within thirty (30) calendar days, a capias may be issued for my arrest.

I certify by my signature the above listed address is correct.

MAILED CERTIFIED

Defendant's Signature

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read this document and its attachments and that the facts in it are true and correct to the best of my knowledge and belief.

CITY ATTY: Noah Daiker

Chief Code Officer Traci Miller 392790

Rank/Signature of Officer Badge Number Person ID

**WAIVER INFORMATION-ORDINANCE VIOLATIONS**

IN THE FACE OF THIS NOTICE INDICATES THAT YOU HAVE THE OPTION OF PAYING A FINE OR APPEARING IN COURT, AND YOU CHOOSE TO PAY THE FINE, YOU MAY WITHIN THIRTY (30) CALENDAR DAYS OF THE DATE OF THE OFFENSE(S) PRESENT THIS NOTICE IN PERSON OR SEND A CHECK OR MONEY ORDER MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT TO:

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER County**
**Criminal Court Records**
**14250 49th Street North**
**Clearwater, Florida 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR, IN PERSON AT THE ABOVE LOCATION.

IF YOU DO NOT PAY THE FINE WITHIN THIRTY (30) CALENDAR DAYS, OR ENTER A WRITTEN PLEA OF NOT GUILTY IN PERSON OR BY MAIL, YOU MUST APPEAR IN COURT ON THE DATE INDICATED ON THE FACE SIDE OF THIS NOTICE. **IF YOU FAIL TO APPEAR, A CAPIAS WILL BE ISSUED FOR YOUR ARREST.**

**THE WAIVER BELOW MUST BE COMPLETED AND ATTACHED READ CAREFULLY:**

I HEREBY ENTER MY PLEA OF GUILTY ☐ OR NOLO CONTENDERE ☐ AND WAIVE MY RIGHT TO APPEAL OR OBTAIN JUDICIAL REVIEW.

I UNDERSTAND THE NATURE OF THE CHARGE AGAINST ME. I UNDERSTAND MY RIGHT TO HAVE COUNSEL AND WAIVE THIS RIGHT AND THE RIGHT TO A CONTINUANCE. I WAIVE MY RIGHT TO TRIAL BEFORE A JUDGE. I AM FULLY AWARE THAT MY SIGNATURE TO THIS PLEA WILL HAVE THE SAME EFFECT AS A JUDGEMENT OF THIS COURT.

TOTAL FINE AND COST: __________

DEFENDANT'S SIGNATURE: __________________________

ADDRESS: ________________________________________

_________________________________________________

_________________________________________________

**NON-CRIMINAL VIOLATION**

IF YOU WISH TO ENTER A NOT GUILTY PLEA AND REQUEST A HEARING, PLEASE REPORT TO THE BELOW LISTED ADDRESS OF THE CLERK OF THE COURT WITHIN THIRTY (30) CALENDAR DAYS. **CHECKS OR MONEY ORDERS SHOULD BE MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT.**

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER**
**COUNTY CRIMINAL COURT RECORDS – SECOND FLOOR**
**14250 49TH STREET NORTH**
**CLEARWATER, FLORIDA 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR AT THE ABOVE LOCATION.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Revised 10/2014

# EXHIBIT 9

Case # 24-004598-MO, PID 335543

**COUNTY COURT, PINELLAS COUNTY, FLORIDA**
**NOTICE TO APPEAR/ORDINANCE VIOLATION**

| OBTS Number | Person ID | Court Case Number |
|---|---|---|
| | | |

| Agency: | Report Number: |
|---|---|
| LARGO CODE ENFORCEMENT | 2024-00194 COMPLAINT |

THE UNDERSIGNED SWEARS THAT HE/SHE HAS REASONABLE GROUNDS TO BELIEVE THAT THE BELOW NAMED DEFENDANT, AT THE TIME AND PLACE LISTED.

| Day of Week | Month | Day | Year | Time |
|---|---|---|---|---|
| TUESDAY | 02 | 13 | 2024 | 14:29 |

Name First Middle Last
JME TRUST

Street
P.O. BOX 5222

| City | State | Zip Code | Race | Sex |
|---|---|---|---|---|
| LARGO | FL | 33779 | | |

| Telephone | Place of Birth | Citizenship | Soc Sec Number |
|---|---|---|---|
| | | | |

| Drivers License Number | State | Employment |
|---|---|---|
| | | |

| Date of Birth | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|
| | | | | |

LOCATION OF OFFENSE
20 BELLE MEADE CIR, LARGO, FL 33770

IN PINELLAS COUNTY FLORIDA, DID COMMIT THE FOLLOWING OFFENSE: 4 OF 4 CHARGES
Duty of Owners and Occupants

TO-WIT:
There are items stored at the exterior of the property that are not allowable such as inoperative machinery, appliances, trash and/or junk, used scrap or lumber, pipe, steel, aluminum or other nonferrous metals, plumbing fixtures, building materials, totes, tanks, cans, boxs, plastic etc

CONTRACTOR TO ☐ FLORIDA STATE STATUTE ☒ ORDINANCE

| CITY/COUNTY OF: | SECTION | SUB-SECTION |
|---|---|---|
| LARGO | COO CH 11 | 47(a) |

☐ THIS IS A MISDEMEANOR VIOLATION OF FLORIDA STATE STATUTES REQUIRING AN APPEARANCE IN COURT.

☐ THIS IS A CRIMINAL ORDINANCE VIOLATION REQUIRING AN APPEARANCE IN COURT, THE PAYMENT OF THE LISTED FINE, OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

☒ THIS IS AN ORDINANCE VIOLATION REQUIRING PAYMENT OF THE LISTED FINE OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

COURT INFORMATION

| DATE | TIME | COURTROOM | FINE |
|---|---|---|---|
| 05/02/2024 | 13:30 | 16 | $218 |

PINELLAS COUNTY JUSTICE CENTER
14250 49TH STREET N
CLEARWATER, FLORIDA 33762

I agree to (1) appear at the time and place designated above to answer to the offense charged; (2) enter a written plea of not guilty to the offense charged in person or by mail; or (3) pay the fine listed. I understand that should I willfully fail to appear, fail to enter a written plea of not guilty, or fail to pay the required fine within thirty (30) calendar days, a capias may be issued for my arrest.

I certify by my signature the above listed address is correct.

MAILED CERTIFIED

Defendant's Signature

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read this document and its attachments and that the facts in it are true and correct to the best of my knowledge and belief.

CITY ATTY: Noah Dalker

Chief Code Officer [signature] 392790

Rank/Signature of Officer Badge Number Person ID

Filed, Apr 4 2024 00:00 , Ken Burke, Clerk of the Circuit Court and Comptroller, Pinellas County

**WAIVER INFORMATION-ORDINANCE VIOLATIONS**

IN THE FACE OF THIS NOTICE INDICATES THAT YOU HAVE THE OPTION OF PAYING A FINE OR APPEARING IN COURT, AND YOU CHOOSE TO PAY THE FINE, YOU MAY WITHIN **THIRTY (30)** CALENDAR DAYS OF THE DATE OF THE OFFENSE(S) PRESENT THIS NOTICE IN PERSON OR SEND A CHECK OR MONEY ORDER MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT TO:

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER County Criminal Court Records**
**14250 49th Street North**
**Clearwater, Florida 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR, IN PERSON AT THE ABOVE LOCATION.

IF YOU DO NOT PAY THE FINE WITHIN **THIRTY (30) CALENDAR** DAYS, OR ENTER A WRITTEN PLEA OF NOT GUILTY IN PERSON OR BY MAIL, YOU MUST APPEAR IN COURT ON THE DATE INDICATED ON THE FACE SIDE OF THIS NOTICE. **IF YOU FAIL TO APPEAR, A CAPIAS WILL BE ISSUED FOR YOUR ARREST.**

**THE WAIVER BELOW MUST BE COMPLETED AND ATTACHED READ CAREFULLY:**

I HEREBY ENTER MY PLEA OF GUILTY ☐ OR NOLO CONTENDERE ☐ AND WAIVE MY RIGHT TO APPEAL OR OBTAIN JUDICIAL REVIEW.

I UNDERSTAND THE NATURE OF THE CHARGE AGAINST ME. I UNDERSTAND MY RIGHT TO HAVE COUNSEL AND WAIVE THIS RIGHT AND THE RIGHT TO A CONTINUANCE. I WAIVE MY RIGHT TO TRIAL BEFORE A JUDGE. I AM FULLY AWARE THAT MY SIGNATURE TO THIS PLEA WILL HAVE THE SAME EFFECT AS A JUDGEMENT OF THIS COURT.

TOTAL FINE AND COST: __________

DEFENDANT'S SIGNATURE: __________________________

ADDRESS: ______________________________________

______________________________________________

______________________________________________

**NON-CRIMINAL VIOLATION**

IF YOU WISH TO ENTER A NOT GUILTY PLEA AND REQUEST A HEARING, PLEASE REPORT TO THE BELOW LISTED ADDRESS OF THE CLERK OF THE COURT WITHIN **THIRTY (30) CALENDAR DAYS. CHECKS OR MONEY ORDERS SHOULD BE MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT.**

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER**
**COUNTY CRIMINAL COURT RECORDS – SECOND FLOOR**
**14250 49TH STREET NORTH**
**CLEARWATER, FLORIDA 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR AT THE ABOVE LOCATION.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Revised 10/2014

# EXHIBIT 10

Case 24-004602-MO, PID: 312335543

**COUNTY COURT, PINELLAS COUNTY, FLORIDA**
**NOTICE TO APPEAR/ORDINANCE VIOLATION**

| OBTS Number | Person ID | Court Case Number |
|---|---|---|
| | | |

| Agency: | Report Number: |
|---|---|
| LARGO CODE ENFORCEMENT | 2024-00194 COUNTY ATTNY |

THE UNDERSIGNED SWEARS THAT HE/SHE HAS REASONABLE GROUNDS TO BELIEVE THAT THE BELOW NAMED DEFENDANT, AT THE TIME AND PLACE LISTED.

| Day of Week | Month | Day | Year | Time |
|---|---|---|---|---|
| TUESDAY | 02 | 13 | 2024 | 14:29 |

Name First Middle Last
JME TRUST

Street
P.O. BOX 5222

| City | State | Zip Code | Race | Sex |
|---|---|---|---|---|
| LARGO | FL | 33779 | | |

| Telephone | Place of Birth | Citizenship | Soc Sec Number |
|---|---|---|---|
| | | | |

| Drivers License Number | State | Employment |
|---|---|---|
| | | |

| Date of Birth | Height | Weight | Hair Color | Eye Color |
|---|---|---|---|---|
| | | | | |

LOCATION OF OFFENSE
20 BELLE MEADE CIR, LARGO, FL 33770

IN PINELLAS COUNTY FLORIDA, DID COMMIT THE FOLLOWING OFFENSE: 3 OF 4 CHARGES
Inoperative Vehicles

TO-WIT:
There is an unlicensed vehicle parked on the property and not within a fully enclosed structure.

CONTRARY TO ☐ FLORIDA STATE STATUTE ☒ ORDINANCE

| CITY/COUNTY OF: | SECTION | SUB-SECTION |
|---|---|---|
| LARGO | COO CH 11 | 75(b) |

☐ THIS IS A MISDEMEANOR VIOLATION OF FLORIDA STATE STATUTES REQUIRING AN APPEARANCE IN COURT.

☐ THIS IS A CRIMINAL ORDINANCE VIOLATION REQUIRING AN APPEARANCE IN COURT, THE PAYMENT OF THE LISTED FINE, OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

☒ THIS IS AN ORDINANCE VIOLATION REQUIRING PAYMENT OF THE LISTED FINE OR A WRITTEN PLEA OF NOT GUILTY TO THE OFFENSE CHARGED IN PERSON OR BY MAIL WITHIN THIRTY (30) CALENDAR DAYS.

COURT INFORMATION

| DATE | TIME | COURTROOM | FINE |
|---|---|---|---|
| 05/02/2024 | 13:30 | 16 | $143 |

PINELLAS COUNTY JUSTICE CENTER
14250 49TH STREET N
CLEARWATER, FLORIDA 33762

I agree to (1) appear at the time and place designated above to answer to the offense charged; (2) enter a written plea of not guilty to the offense charged in person or by mail; or (3) pay the fine listed. I understand that should I willfully fail to appear, fail to enter a written plea of not guilty, or fail to pay the required fine within thirty (30) calendar days, a capias may be issued for my arrest.

I certify by my signature the above listed address is correct.

MAILED CERTIFIED

Defendant's Signature

Pursuant to F.S. 92.525 and under penalty of perjury, I declare that I have read this document and its attachments and that the facts in it are true and correct to the best of my knowledge and belief.

CITY ATTY: Noah Daiker

Chief Code Officer Tracy Miller 392790

Rank/Signature of Officer Badge Number Person ID

**WAIVER INFORMATION-ORDINANCE VIOLATIONS**

IN THE FACE OF THIS NOTICE INDICATES THAT YOU HAVE THE OPTION OF PAYING A FINE OR APPEARING IN COURT, AND YOU CHOOSE TO PAY THE FINE, YOU MAY WITHIN **THIRTY (30)** CALENDAR DAYS OF THE DATE OF THE OFFENSE(S) PRESENT THIS NOTICE IN PERSON OR SEND A CHECK OR MONEY ORDER MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT TO:

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER County**
**Criminal Court Records**
**14250 49th Street North**
**Clearwater, Florida 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR, IN PERSON AT THE ABOVE LOCATION.

IF YOU DO NOT PAY THE FINE WITHIN **THIRTY (30)** CALENDAR DAYS, OR ENTER A WRITTEN PLEA OF NOT GUILTY IN PERSON OR BY MAIL, YOU MUST APPEAR IN COURT ON THE DATE INDICATED ON THE FACE SIDE OF THIS NOTICE. **IF YOU FAIL TO APPEAR, A CAPIAS WILL BE ISSUED FOR YOUR ARREST.**

**THE WAIVER BELOW MUST BE COMPLETED AND ATTACHED READ CAREFULLY:**

I HEREBY ENTER MY PLEA OF GUILTY ☐ OR NOLO CONTENDERE ☐ AND WAIVE MY RIGHT TO APPEAL OR OBTAIN JUDICIAL REVIEW.

I UNDERSTAND THE NATURE OF THE CHARGE AGAINST ME. I UNDERSTAND MY RIGHT TO HAVE COUNSEL AND WAIVE THIS RIGHT AND THE RIGHT TO A CONTINUANCE. I WAIVE MY RIGHT TO TRIAL BEFORE A JUDGE. I AM FULLY AWARE THAT MY SIGNATURE TO THIS PLEA WILL HAVE THE SAME EFFECT AS A JUDGEMENT OF THIS COURT.

TOTAL FINE AND COST: __________

DEFENDANT'S SIGNATURE: ______________________________
ADDRESS: ______________________________
______________________________
______________________________

**NON-CRIMINAL VIOLATION**

IF YOU WISH TO ENTER A NOT GUILTY PLEA AND REQUEST A HEARING, PLEASE REPORT TO THE BELOW LISTED ADDRESS OF THE CLERK OF THE COURT WITHIN **THIRTY (30)** CALENDAR DAYS. **CHECKS OR MONEY ORDERS SHOULD BE MADE PAYABLE TO THE CLERK OF THE CIRCUIT COURT.**

**CLERK OF THE CIRCUIT COURT AND COMPTROLLER**
**COUNTY CRIMINAL COURT RECORDS – SECOND FLOOR**
**14250 49TH STREET NORTH**
**CLEARWATER, FLORIDA 33762**

VISA, MASTERCARD, AMERICAN EXPRESS OR ELECTRONIC CHECK ACCEPTED AT www.pinellasclerk.org OR AT THE ABOVE LOCATION.

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact the Human Rights Office, 400 S. Ft. Harrison Ave., Ste. 300, Clearwater, FL 33756, (727) 464-4062 (V/TDD) at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

Revised 10/2014